# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                 dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                               ltrust@osbornlawpc.com

# MEMO ENDORSED

June 6, 2023

**VIA ECF**

Honorable Paul E. Davison
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

        Re:    *Casablanca v. Commissioner of Social Security*,
                    Civil Action No. 7:22-cv-09290-NSR-PED

Dear Judge Davison,

    We write on behalf of plaintiff, Joseph Casablanca, and with the consent of the defendant, to request a 21-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on June 7, 2023. Plaintiff respectfully requests an extension of time up to and including June 8, 2023. This is plaintiff's second request for an extension.

    Counsel feels the time is necessary due to the length of the Administrative Transcript and the number of Social Security briefs we have due in the next two weeks.

    Subject to the approval of the Court, the parties propose the following revised briefing schedule:

- Plaintiff to file his motion for judgment on the pleadings on or before: **June 28, 2023**;

- Defendant to file its response to plaintiff's motion/cross motion on or before: **August 28, 2023**; and

- Plaintiff to file his reply, if any, on or before: **September 11, 2023**.

43 West 43rd Street, Suite 131        Telephone 212-725-9800        osbornlawpc.com
New York, New York 10036          Facsimile  212-500-5115        info@osbornlawpc.com

Honorable Paul E. Davison
June 6, 2023
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Sathya Oum, Esq. (by ECF)

Plaintiff's request for an extension to file its motion for judgment on the pleadings is GRANTED.

Plaintiff's motion is due on June 28, 2023. Defendant's response is due on August 28, 2023. Plaintiff's reply is due on September 11, 2023.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: June 6, 2023